UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
ALAR, SCOTT PETER                   §    Case No. 10-75112
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 11/23/2011 in Courtroom 115,

                  United States Courthouse
                  211 S. Court St.
                  Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                                               Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ALAR, SCOTT PETER § Case No. 10-75112
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 150,003.90 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 150,003.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,146.59 | $ 0.00 | $ 3,146.59 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,590.00 | $ 0.00 | $ 1,590.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 334.78 | $ 0.00 | $ 334.78 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,071.37 |
| Remaining Balance | $ 144,932.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Case 10-75112   Doc 29   Filed 10/28/11   Entered 10/30/11 23:17:46   Desc Imaged
              Certificate of Service    Page 3 of 6

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,844.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,852.12 | $ 0.00 | $ 4,852.12 |
| 000002 | Ronald Bykowski | $ 11,200.00 | $ 0.00 | $ 11,200.00 |
| 000003 | Cavalry Portfolio Services, LLC | $ 2,792.30 | $ 0.00 | $ 2,792.30 |

Total to be paid to timely general unsecured creditors     $ 18,844.42

Remaining Balance     $ 126,088.11

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 50.06 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 126,038.05 .

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75112-MB
Scott Peter Alar                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: lorsmith              Page 1 of 2                Date Rcvd: Oct 28, 2011
                               Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
db         +Scott Peter Alar,   2614 N Villa Lane,   Johnsburg, IL 60051-2973
16277140   ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
             (address filed with court: Applied BANK,   Attn: Bankruptcy Dept.,   601 Delaware Ave,
             Wilmington, DE 19801)
16277124   +ARS Account Resolution,   Attn: Bankruptcy Dept.,   1801 Nw 66Th Ave Ste 200,
             Plantation, FL 33313-4571
16277129   ++++AT T,   C/O CAVALRY PORTFOLIO SERV,   7 SKYLINE DR STE 350,   HAWTHORNE NY 10532-2162
             (address filed with court: AT T,   C/O Cavalry Portfolio SERV,   7 Skyline Dr Ste 3,
             Hawthorne, NY 10532)
16277143   +BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 15311,   Wilmington, DE 19850-5311
16277127   +BANK OF America N.A.,   C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2255
16277139   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16277138   +CITI CBSD,   Attn: Bankruptcy Dept.,   Po Box 22066,   Tempe, AZ 85285-2066
16277122   ++++CITIFINANCIAL,   C/O CAVALRY PORTFOLIO SERV,   7 SKYLINE DR STE 350,   HAWTHORNE NY 10532-2162
             (address filed with court: Citifinancial,   C/O Cavalry Portfolio SERV,   7 Skyline Dr Ste 3,
             Hawthorne, NY 10532)
17580845   +Cavalry Portfolio Services, LLC,   500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
16277135   +Citgo/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
16277123   +Comcast Chicago Seconds - 1000,   C/O Credit Management LP,   4200 International Pkwy,
             Carrollton, TX 75007-1912
16277130   +Comed 26499,   C/O Contract Callers INC,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
16277152   +DSNB/Macy's,   Attn: Bankruptcy Dept.,   PO Box 8218,   Mason, OH 45040-8218
16277132   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16277133   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16277149   +First Midwest Trust Company,   Attn: Bankruptcy Dept.,   3723 W Elm St,   Mc Henry, IL 60050-4359
16277144   +Home Depot,   Bankruptcy Department,   PO Box 6029,   The Lakes, NV 88901-6029
16277145   +LTD Financial Services,   Bankruptcy Department,   7322 SW Freeway, Ste. 1600,
             Houston, TX 77074-2053
16277136   +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
16277147    Office Depot,   Bankruptcy Department,   PO Box 9020,   Des Moines, IA 50368
16277153   +Phillips 66,   Attn: Bankruptcy Dept.,   P.O. Box 66,   Bartlesville, OK 74005-0066
16277154   +Santa Rosa Memorial Hosp.,   Attn: Bankruptcy Dept.,   Dept LA 21489,   Pasadena, CA 91185-0001
16277150    Shell/Citibank,   Bankruptcy Department,   703 E. 60th,   Sioux Falls, SD 57104
16277134   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16277126   +Utilities INC,   C/O NCO FIN/99,   Po Box 15636,   Wilmington, DE 19850-5636
16277155   +Whispering Hills Water Co,   Attn: Bankruptcy Dept.,   PO Box 1105,   Northbrook, IL 60065-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16277128   +E-mail/Text: brenden.magnino@mcmcg.com Oct 29 2011 00:41:05     Citibank,
             C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2251
17379746    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16277141   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57     Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
16277148   +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42     Exxon Mobil,
             Bankruptcy Department,   PO Box 981064,   El Paso, TX 79998-1064
16277121   +E-mail/Text: bkynotice@harvardcollect.com Oct 29 2011 00:41:31     Harvard Collection,
             Attn: Bankruptcy Dept.,   4839 N Elston Ave,   Chicago, IL 60630-2589
16277125   +Fax: 847-227-2151 Oct 29 2011 01:23:56     MRSI,   Attn: Bankruptcy Dept.,
             2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
16277146   +E-mail/Text: bankruptcy@proconsrv.com Oct 29 2011 00:42:05     Pro Consulting Services,
             Bankruptcy Dept,   PO Box 66510,   Houston, TX 77266-6510
16277131   +E-mail/Text: contact@csicollects.com Oct 29 2011 00:41:27     Ronald Bykowski,
             C/O Certified Services INC,   1733 Washington St Ste 2,   Waukegan, IL 60085-5192
17396045    E-mail/Text: contact@csicollects.com Oct 29 2011 00:41:27     Ronald Bykowski,
             c/o Certified Services Inc.,   POB 177,   Waukegan, IL 60079-0177
16277151   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 29 2011 03:35:30     Verizon Wireless,
             Bankruptcy Department,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16277142   ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
16277137   ##+Citifinancial,   Attn: Bankruptcy Dept.,   Po Box 499,   Hanover, MD 21076-0499
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0752-3           User: lorsmith              Page 2 of 2            Date Rcvd: Oct 28, 2011
                               Form ID: pdf006             Total Noticed: 37

                     ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**                          **Signature:**   _Joseph Speetjens_