UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
ALAR, SCOTT PETER  §   Case No. 10-75112
        §
        §
    Debtor(s)  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCOTT PETER ALAR |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| [x] None |  |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Applied BANK Attn: Bankruptcy Dept. 601 Delaware Ave Wilmington DE 19801 | | | | | |
| | 10 Citibank C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 12 Citifinancial Attn: Bankruptcy Dept. Po Box 499 Hanover MD 21076 | | | | | |
| | 13 Comcast Chicago Seconds - 1000 C/O Credit Management LP 4200 International Pkwy Carrollton TX 75007 | | | | | |
| | 14 Comed 26499 C/O Contract Callers INC 1058 Claussen Rd Ste 110 Augusta GA 30907 | | | | | |
| | 16 DSNB/Macy's Attn: Bankruptcy Dept. PO Box 8218 Mason OH 45040 | | | | | |
| | 17 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

Case 10-75112    Doc 32    Filed 01/31/12    Entered 01/31/12 10:17:41    Desc Main
Document      Page 6 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 19 Exxon Mobil Bankruptcy Department PO Box 981064 El Paso TX 79998 | | | | | |
| | 2 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 20 First Midwest Trust Company Attn: Bankruptcy Dept. 3723 W Elm St Mc Henry IL 60050 | | | | | |
| | 21 Harvard Collection Attn: Bankruptcy Dept. 4839 N Elston Ave Chicago IL 60630 | | | | | |
| | 22 Home Depot Bankruptcy Department PO Box 6029 The Lakes NV 88901 | | | | | |
| | 23 LTD Financial Services Bankruptcy Department 7322 SW Freeway, Ste. 1600 Houston TX 77074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 24 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 25 MRSI Attn: Bankruptcy Dept. 2250 E Devon Ave Ste 352 Des Plaines IL 60018 | | | | | |
| | 26 Office Depot Bankruptcy Department PO Box 9020 Des Moines IA 50368 | | | | | |
| | 27 Phillips 66 Attn: Bankruptcy Dept. P.O. Box 66 Bartlesville OK 74005 | | | | | |
| | 28 Pro Consulting Services Bankruptcy Dept PO Box 66510 Houston TX 77266 | | | | | |
| | 3 AT T C/O Cavalry Portfolio SERV 7 Skyline Dr Ste 3 Hawthorne NY 10532 | | | | | |
| | 30 Santa Rosa Memorial Hosp. Attn: Bankruptcy Dept. Dept LA 21489 Pasadena CA 91185 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 31 Shell/Citibank Bankruptcy Department 703 E. 60th Sioux Falls SD 57104 | | | | | |
| | 32 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 33 Utilities INC C/O NCO FIN/99 Po Box 15636 Wilmington DE 19850 | | | | | |
| | 34 Verizon Wireless Bankruptcy Department PO Box 3397 Bloomington IL 61702 | | | | | |
| | 35 Whispering Hills Water Co Attn: Bankruptcy Dept. PO Box 1105 Northbrook IL 60065 | | | | | |
| | 4 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 5 BANK OF America Attn: Bankruptcy Dept. Po Box 15311 Wilmington DE 19884 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 BANK OF America N.A. C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | | | | |
| | 7 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 8 Citgo/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 9 CITI CBSD Attn: Bankruptcy Dept. Po Box 22066 Tempe AZ 85285 | | | | | |
| 000003 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | RONALD BYKOWSKI | | | | | |
| | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| | DISCOVER BANK | | | | | |
| | RONALD BYKOWSKI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-75112 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ALAR, SCOTT PETER | | | Date Filed (f) or Converted (c): | 10/14/10 (f) |
| | | | | 341(a) Meeting Date: | 11/18/10 |
| For Period Ending: | 01/20/12 | | | Claims Bar Date: | 09/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with First Midwest Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. Watch, wedding band | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. 1994 Ford 1500 with over 150,000 miles | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. Inheritance (u) | 0.00 | 150,000.00 | | 150,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 6.36 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $2,400.00     $150,000.00     $150,006.36     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-75112 -MLB |
| Case Name: | ALAR, SCOTT PETER |
| Taxpayer ID No: | *******0022 |
| For Period Ending: | 01/20/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3778  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/11 | 7 | SCOTT PETER ALAR<br>2614 N VILLA LN<br>JOHNSBURG, IL  60051-2973 | INHERITANCE | 1229-000 | 150,000.00 | | 150,000.00 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 150,000.12 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.27 | | 150,001.39 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.28 | | 150,002.67 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.23 | | 150,003.90 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.27 | | 150,005.17 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.19 | | 150,006.36 |
| 11/30/11 | | Transfer to Acct #*******3956 | Final Posting Transfer | 9999-000 | | 150,006.36 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 150,006.36 | 150,006.36 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 150,006.36 | |
| Subtotal | | 150,006.36 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 150,006.36 | 0.00 | |

Page Subtotals         150,006.36         150,006.36

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-75112 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ALAR, SCOTT PETER | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3956 GENERAL CHECKING |
| Taxpayer ID No: | *******0022 | | |
| For Period Ending: | 01/20/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/30/11 | | Transfer from Acct #*******3778 | Transfer In From MMA Account | 9999-000 | 150,006.36 | | 150,006.36 |
| 12/01/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,146.59 | 146,859.77 |
| 12/01/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,590.00 | 145,269.77 |
| 12/01/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 334.78 | 144,934.99 |
| 12/01/11 | 000103 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 100.3% | | | 4,865.30 | 140,069.69 |
| | | | Claim 4,852.12 | 7100-000 | | | |
| | | | Interest 13.18 | 7990-000 | | | |
| 12/01/11 | 000104 | Ronald Bykowski c/o Certified Services Inc. POB 177 Waukegan, IL 60079-0177 | Claim 000002, Payment 100.3% | | | 11,230.41 | 128,839.28 |
| | | | Claim 11,200.00 | 7100-000 | | | |
| | | | Interest 30.41 | 7990-000 | | | |
| 12/01/11 | 000105 | Cavalry Portfolio Services, LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Claim 000003, Payment 100.3% | | | 2,799.88 | 126,039.40 |
| | | | Claim 2,792.30 | 7100-000 | | | |
| | | | Interest 7.58 | 7990-000 | | | |
| 12/01/11 | 000106 | SCOTT PETER ALAR 2614 N VILLA LN JOHNSBURG, IL 60051-2973 | Surplus Funds Paid to Debtor | 8200-002 | | 126,039.40 | 0.00 |

Page Subtotals 150,006.36 150,006.36

Ver: 16.05b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-75112 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ALAR, SCOTT PETER | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3956 GENERAL CHECKING |
| Taxpayer ID No: | *******0022 | | |
| For Period Ending: | 01/20/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 150,006.36 | 150,006.36 | 0.00 |
| Less: Bank Transfers/CD's | 150,006.36 | 0.00 | |
| Subtotal | 0.00 | 150,006.36 | |
| Less: Payments to Debtors | | 126,039.40 | |
| Net | 0.00 | 23,966.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3778 | 150,006.36 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3956 | 0.00 | 23,966.96 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 150,006.36 | 23,966.96 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 16.05b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*